

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2023

No. 04-23-00575-CR

**IN RE** Juan Manuel **GONZALEZ**

Original Proceeding[1]

**ORDER**

On June 7, 2023, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 21, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. K-89-000237, styled *State of Texas v. Juan Manuel Gonzalez*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas-Ender presiding.